IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. CV417-021 |
| THE REMODELING DEPOT, INC., KENNETH WAYNE HOSTI, JOANN LYON, and MICHAEL E. LINDSEY, | ) |
| Defendants. | ) |

O R D E R

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal with Prejudice. (Doc. 75.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of August 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA